No. 09-11235. LARRIMORE v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09-11236. KRANTZ v. LINDAMOOD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09-11237. MYERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09-11238. MURRAY v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 09-11239. ADAMS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09-11240. BAUGH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON. C. A. 9th Cir. Certiorari denied.

No. 09-11241. BOYD v. CITY OF COLUMBIA, SOUTH CAROLINA, ET AL. Sup. Ct. S. C. Certiorari denied.

No. 09-11242. ALEJANDRO v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09-11243. ELROD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09-11244. CORVAIA-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09-11246. CHASE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09-11247. PRICE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 09-11248. BENJAMIN v. SHEPHERD ET AL. C. A. 4th Cir. Certiorari denied.